```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 29579
    PEGGY A WALKER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7581


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/10/04 and confirmed on 10/14/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  10950.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
PROVIDENT BANK             CURRENT MORTG         .00           .00             .00
HSBC                       SECURED               .00           .00             .00
JP MORGAN CHASE BANK       SECURED            5600.00        800.60         5600.00
CAPITAL ONE FINANCIAL      UNSECURED          1015.83          .00          335.41
CAPITAL ONE FINANCIAL      UNSECURED           424.01          .00          140.00
WORLD FINANCIAL NETWORK    UNSECURED           213.74          .00           70.57
RESURGENT CAPITAL SERVIC   UNSECURED          4470.03          .00         1475.92
RESURGENT CAPITAL SERVIC   UNSECURED           704.88          .00          232.74
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER           TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5600.00         .00     6828.49          .00         12428.49
PRINCIPAL PAID      5600.00         .00     2254.64          .00          7854.64
INTEREST PAID        800.60         .00         .00          .00           800.60
TOTAL PAID          6400.60         .00     2254.64          .00          8655.24
The Debtor's attorney, GARY L SHILTS                , was allowed $    2200.00
and was paid $    500.00   direct and $   1700.00   through the plan.

The Trustee received $    444.76 .

Refunds to the Debtor totaled $    150.00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 12/14/07               /S/
                              GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 29579 PEGGY A WALKER